1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6
EXACT-SCIENCE PRODUCTIONS,
7  LLC,
8            Plaintiff,                          No. C-07-02296 EDL
9       v.                                       NOTICE OF IMPENDING
                                                 REASSIGNMENT TO A UNITED
10                                               STATES DISTRICT COURT JUDGE
11  FEMME KNITS, INC., et al.,
12            Defendants.
13  _____/
14       The Clerk of this Court will now randomly reassign this case to a United States District Judge
15  because either:
    **XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge
16  or has not consented to the jurisdiction of a United States Magistrate Judge, or
17       (2)    One or more of the parties has sought a type of judicial action (e.g., a temporary
18  restraining order) that a United States Magistrate Judge may not take without the consent of all parties,
19  the necessary consents have not been secured, and time is of the essence.
20       The CASE MANAGEMENT CONFERENCE previously scheduled for July 31, 2007, at 10:00
21  a.m. on Magistrate Judge Laporte's calendar will NOT be held.
22
23
24  Dated:  July 20, 2007
25                                              Richard W. Wieking, Clerk
                                                United States District Court
26                                              _____
                                                By: Lili M. Harrell
27                                              Deputy Clerk
28

**United States District Court**
For the Northern District of California